

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In re William Blatty, Jr. and Brooke Humphries

Appellate case number:      01-14-00435-CV

Trial court case number:    2012-39560

Trial court:               129th District Court of Harris County

       On May 29, 2014, relators, William Blatty, Jr. and Brooke Humphries, filed a petition for writ of mandamus challenging the trial court's May 12, 2014 order denying their request for leave to file an amended pleading. The Court requests a response to the petition for writ of mandamus from the real party in interest. It is **ordered** that the response of any interested party, if any, shall be due no later than Friday, June 6, 2014.

       It is so ORDERED.

Judge's signature: /s/ Sherry Radack

                     ☑ Acting individually    ☐ Acting for the Court

Date: May 30, 2014